UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PT AURORA INDONESIA TRADING *and* JIN MAA TRADING LIMITED,

        Plaintiff,

– against –

USARM GROUP LLC,

        Defendant.

**ORDER**

20 Civ. 7045 (ER)

RAMOS, D.J.:

    This Court has an independent obligation to assure itself of its subject matter jurisdiction. *See Bayerische Landesbank, New York Branch v. Aladdin Capital Mgt. LLC*, 692 F.3d 42, 48 (2d Cir. 2012). In a case brought under a federal court's diversity jurisdiction, all parties must be completely diverse. 28 U.S.C. § 1332. Limited liability companies ("LLCs") take the citizenship of their members. *See Aladdin Capital*, 692 F.3d at 49.

    The plaintiffs' complaint does not allege the citizenship of the members of USARM Group LLC, nor does it allege any federal cause of action. Accordingly, the plaintiffs are ordered to show cause via declaration why this complaint should not be dismissed *sua sponte* for lack of subject matter jurisdiction, or, in the alternative, file an amended complaint that properly alleges the basis for this Court's jurisdiction pursuant to Rule 8(a). They are ordered to do so by **September 15, 2020**.

It is SO ORDERED.

Dated:    September 1, 2020
            New York, New York

                                                EDGARDO RAMOS, U.S.D.J.