UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
Rev. June. 2013

------------------------------------------------------------x

PT AURORA INDONESIA TRADING and JIN MAA TRADING LIMITED,

                       Plaintiff(s),

  - against -

USARM GROUP, LLC

                       Defendant(s).

**CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER**

20  CV  07045  (ER)

------------------------------------------------------------x

     This Civil Case Discovery Plan and Scheduling Order (the "Order") is adopted, after consultation with counsel, pursuant to Fed. R. Civ. P. 16 and 26(f):

1. All parties [consent] [**do not consent**] to conducting all further proceedings before a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences.(If all parties consent, the remaining paragraphs of this form need not be completed.)

2. This case [**is**] [is not] to be tried to a jury.

3. Joinder of additional parties must be accomplished by **the time permitted in the Federal and Local Rules or as permitted by the Court**.

4. Amended pleadings may be filed until **time permitted in the Federal and Local Rules or as permitted by the Court**.

5. Interrogatories shall be served no later than **February 19, 2021** and responses thereto shall be served within thirty (30) days thereafter. The provisions of Local Civil Rule 33.3 [**shall**] [shall not] apply to this case.

6. First request for production of documents, if any, shall be served no later than **February 19, 2021**.

7. Non-expert depositions shall be completed by **October 29, 2021**.

    a. Unless counsel agree otherwise or the Court so orders, depositions shall not be held until all parties have responded to any first requests for production of documents.

    b. Depositions shall proceed concurrently.

    c. Whenever possible, unless counsel agree otherwise or the Court so orders,

        non-party depositions shall follow party depositions.

8. Any further interrogatories, including expert interrogatories, shall be served no later than **September 1, 2021**.

9. Requests to Admit, if any, shall be served no later than **September 1, 2021**.

10. Expert reports shall be served no later than **November 30, 2021**.

11. Rebuttal expert reports shall be served no later than **December 30, 2021**.

12. Expert depositions shall be completed by **January 31, 2022**.

13. Additional provisions agreed upon by counsel are attached hereto and made a part hereof. (**see attached supplement**)

14. **ALL DISCOVERY SHALL BE COMPLETED BY January 31, 2022**.

15. Any motions shall be filed in accordance with the Court's Individual Practices.

16. This Civil Case Discovery Plan and Scheduling Order may not be changed without leave of Court (or the assigned Magistrate Judge acting under a specific order of reference).

17. The Magistrate Judge assigned to this case is the Hon. _____.

18. If, after entry of this Order, the parties consent to trial before a Magistrate Judge, the Magistrate Judge will schedule a date certain for trial and will, if necessary, amend this Order consistent therewith.

19. The next case management conference is scheduled for _____, at _____. (The Court will set this date at the initial conference.)

SO ORDERED.

Dated: New York, New York

_____

                                        _____
                                        Edgardo Ramos, U.S. District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
PT AURORA INDONESIA TRADING and JIN
MAA TRADING LIMITED,

                      Plaintiffs,        **CIVIL CASE DISCOVERY PLAN**
                                                          **AND SCHEDULING ORDER**
       - against -                   **(Supplement)**

USARM GROUP, LLC                              20-cv-07045(ER)

                      Defendant(s).
----------------------------------------------------------------x

       The following additional provisions shall apply to the Civil Discovery Plan and Scheduling Order (the "Order") adopted in this matter:

1. Initial Disclosures shall be served no later than February 26, 2021;

2. Defendant shall serve its responses and objections to Plaintiffs' Request for Production of Documents [Dkt. 18] and First Set of Interrogatories [Dkt. 19] no later than February 26, 2021.