UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PT AURORA INDONESIA TRADING, *et al.*,

                              Plaintiff,

      -against-

USARM GROUP LLC,

                              Defendant.
-------------------------------------------------------------X

**Mediation Referral Order**

20 Civ. 7045 (ER)

Ramos, D.J.:

       It is hereby ORDERED that this case is referred for mediation to the Court-annexed Mediation Program. The parties are notified that Local Rule 83.9 shall govern the mediation and are directed to participate in the mediation in good faith. The mediation will have no effect upon any scheduling Order issued by this Court without leave of this Court.

SO ORDERED.

Dated: New York, New York
         January 22, 2021

                                                        Edgardo Ramos, U.S.D.J.