UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **PT AURORA INDONESIA TRADING,** <br> **JI NMAA TRADING LIMITED,** <br> <br> Plaintiffs, <br> <br> vs. <br> <br> **USARM GROUP LLC,** <br> <br> Defendant. | Case No. 20-CV-07045 (ER) |

**NOTICE AND PROPOSED ORDER OF WITHDRAWAL OF COUNSEL**

Pursuant to Local Civil Rule 1.4, the undersigned moves to withdraw as counsel for USARM Group LLC. Good cause exits for permitting my withdrawal because I am no longer affiliated with Offit Kurman, P.A., the law firm representing USARM Group LLC. I understand that other Offit Kurman P.A. attorneys will continue to remain as counsel of record for USARM Group LLC.

For the foregoing reasons, I respectfully request that the Court enter the accompanying proposed order permitting me to withdraw as counsel.

Respectfully submitted,

Dated: February 22, 2022

*/s/ Charles J. Nerko*
Charles J. Nerko
1270 Avenue of the Americas, Suite 501
New York, NY 10020
(212) 784-5807
cnerko@barclaydamon.com

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PT AURORA INDONESIA TRADING,<br>JI NMAA TRADING LIMITED,<br><br>    Plaintiffs,<br><br>  vs.<br><br>**USARM GROUP LLC,**<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 20-CV-07045 (ER) |

**[Proposed] ORDER GRANTING CHARLES J. NERKO TO WITHDRAW
AS ATTORNEY OF RECORD FOR DEFENDANT USARM GROUP LLC**

IT IS ORDERED that Charles J. Nerko is withdrawn as an attorney of record for USARM Goup LLC, and

IT IS FURTHER ORDERED that the Clerk of the Court is directed to remove Charles J. Nerko from all future ECF notifications in this matter.

Dated: _____, 2022

                                                  _____
                                                  Hon. Edgardo Ramos
                                                  United States District Judge