UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PT AURORA INDONESIA TRADING *and* JIN MAA TRADING LIMITED,

                Plaintiffs,

    v.

USARM GROUP LLC,

                Defendant.

**ORDER**

20 Civ. 7045 (ER)

RAMOS, D.J.

    On August 23, 2022, the Court granted Offit Kurman's application to withdraw as counsel for defendant USARM Group LLC. Doc. 37. The Court gave USARM Group LLC 30 days to retain new counsel and for new counsel to enter their appearance in this action. *Id.* Since then, no action has occurred in this case.

    The parties are hereby directed to submit a joint status report by **October 14, 2022.**

    It is SO ORDERED.

Dated: October 7, 2022
       New York, New York

                                    Edgardo Ramos, U.S.D.J.