UNITED STATES DISTRICT COURT
For the
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PT AURORA INDONESIA TRADING and JIN MAA TRADING LIMITED,<br><br>Plaintiffs,<br><br>-against-<br><br>USARM GROUP LLC,<br><br>Defendant. | Civil Action No.: 20-cv-07045-ER<br><br>**DEFAULT JUDGMENT** |

This action having been commenced by Plaintiffs PT Aurora Indonesia Trading and Jin Maa Trading Limited on August 31, 2020 by the filing of the Complaint (ECF Doc # 1) and on October 2, 2020, Defendant USARM Group LLC having appeared by counsel (see ECF Doc # 8 and 9), accepted service of summons and waived any defenses based upon service (see ECF Doc #10), and on November 16, 2020, Defendant filed an answer with counterclaim (see ECF Doc # 14) and on August 23, 2022, the Court having entered an order (ECF Doc # 37) relieving Defendant's attorneys, and a copy of said order being served upon Defendant on August 26, 2022 and proof of service of having been filed on November 3, 2011 (ECF Doc # 55), and Defendant having not appeared by counsel, and the time to do so, as provided by the Court pursuant it its Order dated August 23, 2022 (ECF Doc # 37), having expired, it is

    ORDERED, ADJUDGED AND DECREED:

That the plaintiff PT AURORA INDONESIA TRADING have judgment against Defendant USARM Group, LLC in the liquidated amount of $308,162.68 with interest at 9% per annum from June 18, 2020 amounting to $65,271.39, amounting in all to $373,434.07; and

That the plaintiff JIN MAA TRADING LIMITED have judgment against Defendant USARM Group, LLC in the liquidated amount of $12,402,000 with interest at 10% per annum from April 11, 2020 amounting to $3,149,768.22, amounting in all to $15,551,768.22.

Dated: New York, New York
       December 13, 2022

_____
HON. EDGARDO RAMOS, U.S.D.J.