UNITED STATES DISTRICT COURT
For the
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PT AURORA INDONESIA TRADING and JIN MAA TRADING LIMITED,<br><br>Plaintiffs,<br><br>-against-<br><br>USARM GROUP LLC,<br><br>Defendant. | Civil Action No.: 20-cv-07045-ER |

**PROPOSED ORDER**

This action having been commenced by Plaintiffs PT Aurora Indonesia Trading and Jin Maa Trading Limited on August 31, 2020 by the filing of the Complaint (ECF Doc # 1) and issuance of the summons.  Judgment was entered by the Court on December 13, 2022, in favor of plaintiff PT AURORA INDONESIA TRADING and against Defendant USARM Group, LLC in the sum  $373,434.07 and in favor of plaintiff JIN MAA TRADING LIMITED and against Defendant USARM Group, LLC in the sum of $15,551,768.22

IT IS HEREBY ORDERED that USARM Group, LLC and its Managing Member, Alexander Pyntikov: (a) provide answers responsive to Plaintiffs' Information Subpoena, previously served upon them and dated August 31, 2023, and (b) produce any and all documents responsive to Plaintiffs' Subpoena Duces Tecum Ad Testificandum, previously served upon them and dated August 31, 2023, to the offices of The Schutzer Group, PLLC. 330 Seventh Avenue, 19th Floor, New York, NY 10001, by or before December 15, 2023; and

IT FURTHER ORDERED that USARM Group, LLC and its Managing Member, Alexander Pyntikov, appear to be deposed, as set forth in Plaintiffs' Subpoena Duces Tecum Ad

Testificandum, dated August 31 ,2023, on January 5, 2024, at 10 a.m., at the offices of The Schutzer Group, PLLC. 330 Seventh Avenue, 19th Floor, New York, NY 10001; and

*Failure to respond to the Restraining Notice and Information Subpoena and Subpoena Duces Tecum Ad Testificandum, as set forth herein, will serve as grounds for finding that USARM Group, LLC, and/or its Managing Member, Alexander Pyntikov, is in contempt of this Court and will be subject to civil and criminal penalties.*

The Plaintiffs shall serve this Order on USARM Group, LLC and its Managing Member, Alexander Pyntikov by service upon Alexander Pyntikov, by a licensed process server. Proof of such service shall be filed with the Court.

Dated: New York, New York
        11/22/2023

SO ORDERED.

_____
HON. EDGARDO RAMOS, U.S.D.J.

This document was entered on the docket on  11/22/2023 .